## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**JAMES BELLARD, ET AL.**                                              **CIVIL ACTION**

**VERSUS**                                                                          **NO. 19-555-JWD-RLB**

**EAST BATON ROUGE**
**SHERIFF'S OFFICE**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on October 10, 2019.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**JAMES BELLARD, ET AL.**                                      **CIVIL ACTION**

**VERSUS**                                                      **NO. 19-555-JWD-RLB**

**EAST BATON ROUGE**
**SHERIFF'S OFFICE**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 21, 2019, James Ballard and B&B Builders & Investors Inc. commenced this action. (R. Doc. 1).

The plaintiff(s) filed an application to proceed in forma pauperis ("IFP"). (R. Doc. 2). On September 9, 2010, the Court denied the application to proceed IFP and ordered the plaintiff(s) to "pay the initial filing fee within twenty-one (21) days" of the date of the Order and informed plaintiff(s) that failure to pay the filing fee within this deadline "may result in a recommendation of dismissal." (R. Doc. 4).  The Court also ordered the plaintiff(s) to supplement the complaint on or before September 25, 2019 to add an attachment referenced in Parts III and IV of the complaint. (R. Doc. 4).  Finally, plaintiff B&B Builders and Investors, Inc. was specifically informed that it must be represented by counsel because it is a corporation. (R. Doc. 3).

Upon review of the record in this matter and upon checking with the Clerk of Court, it has been determined that the plaintiff(s) have not paid the $400.00 filing fee.  Furthermore, the plaintiff(s) did not submit the attachment referenced in the complaint as ordered.  No counsel has enrolled for B&B Builders and Investors, Inc.  Accordingly, Plaintiff has failed to appropriately prosecute his action.

**IT IS RECOMMENDED** this matter be dismissed without prejudice in light of plaintiff(s)' failure to pay the filing fee and supplementation of the complaint as ordered.

Signed in Baton Rouge, Louisiana, on October 10, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**