UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES BELLARD, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-555-JWD-RLB** |
| **EAST BATON ROUGE SHERIFF'S OFFICE** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 11, 2019, to which no objection was filed;

**IT IS ORDERED** that this matter is dismissed without prejudice in light of plaintiff(s)' failure to pay the filing fee and supplementation of the complaint as ordered.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 28, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**